**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

4:26-cr-67/RLH-MAF

**QUANTAVIOUS K. HURT**

_______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about March 17, 2026, and on or about March 23, 2026, in the Northern District of Florida and elsewhere, the defendant,

**QUANTAVIOUS K. HURT,**

did threaten to assault and murder a United States judge, with the intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

**COUNT TWO**

Between on or about March 17, 2026, and on or about March 23, 2026, in the Northern District of Florida and elsewhere, the defendant,

Returned in open court pursuant to Rule 6(f)
9/15/2026
Date
[signature]
United States Magistrate Judge

FILED USDC FLND PN
SEP 15 '26 PM1:46

**QUANTAVIOUS K. HURT,**

did knowingly cause to be delivered by the United States Postal Service, a communication to another person, that is, a United States judge, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "But just know when I get back and win it's over with for your ass. Not gone be in jail for forever stupid. You seen my work so you know I not fakeing. I got around 2 murders in georgia, I'll get around this lil shit. . . . This your only and last chance to striaght your face. Fix that case dawg! It's 2026 not hard to find you."

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

[redacted]

FOREPERSON

JOHN P. HEEKIN
United States Attorney

9/15/2026

DATE

DAVID L. GOLDBERG
Assistant United States Attorney